UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRUCE REID,

                      Plaintiff,                  Case No. 20-cv-01817 (VM

     -against-

JONATHAN S. SACK, MICHAEL H. MUI and          **NOTICE OF APPEARANCE**
SACK & SACK, LLP

                     Defendants.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Mark K. Anesh, Esq. of Lewis Brisbois Bisgaard & Smith, LLP, who is admitted to practice before this Court, hereby enters his appearance in the above captioned matter as counsel for Defendants Jonathan S. Sack, Michael H. Mui and Sack and Sack LLP.


Dated:  New York, New York
         April 3, 2020

                                          Respectfully submitted,

                                          LEWIS BRISBOIS BISGAARD & SMITH, LLP

                       By:   /s/ Mark K. Anesh
                              Mark K. Anesh (8303)
                              *Attorneys for Defendants*
                              JONATHAN S. SACK
                              MICHAEL H. MUI and
                              SACK & SACK, LLP
                              77 Water Street, Suite 2100
                              New York, New York 10005
                              (212) 232-1300
                              mark.anesh@lewisbrisbois.com