# MCLAUGHLIN & STERN, LLP
## FOUNDED 1898

**CHESTER R. OSTROWSKI**
Partner
costrowski@mclaughlinstern.com
Direct Dial: (212) 455-0454

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

**GREAT NECK, NEW YORK**
**MILLBROOK, NEW YORK**
**WESTPORT, CONNECTICUT**
**WEST PALM BEACH, FLORIDA**
**NAPLES, FLORIDA**

May 8, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2020
```

**VIA CM/ECF AND E-MAIL**
Hon. Victor Marrero, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street, Suite 1610
New York, New York 10007
ChambersNYSDMarrero@nysd.uscourts.gov

Re:   *Bruce J. Reid v. Jonathan S. Sack, et al.*, **Civil Action No. 20-cv-01817 (VM)**

Dear Judge Marrero:

We represent Plaintiff Bruce J. Reid ("Plaintiff") in the above-referenced action. We are in receipt of the letter filed earlier today by counsel for Defendants Jonathan S. Sack, Michael H. Mui, and Sack & Sack, LLP ("Defendants") [CM/ECF Doc. 17] and believe that it improperly exceeds the scope of the correspondence contemplated under Section II.B.2. of Your Honor's Individual Rules of Practice. In short, Plaintiff made a good faith effort to respond to Defendant's initial pleading deficiency letter, but his response was necessarily limited to three pages. Rather than calling or e-mailing to discuss any alleged failure by Plaintiff to address certain points or any purported failure by Plaintiff to cite sufficient case law, Defendants went ahead and filed what amounts to a six-page "reply" brief, which not only mischaracterizes the arguments raised by Plaintiff, but also suggests that such arguments lack merit simply because they were not *fully* addressed in Plaintiff's "informal" three-page response. To the extent the Court is inclined to consider such extended briefing by Defendants, Plaintiff respectfully requests the opportunity to submit his own letter of equal length on or before next Friday, March 15, 2020, further setting forth the reasons why Defendants' proposed motion to dismiss is unwarranted.

Respectfully submitted,

Chester R. Ostrowski, Esq.

**REQUEST GRANTED.** Plaintiff may respond, by May 15, 2020, to the matters set forth in Defendants' letter (Dkt. No. 17) by letter not to exceed six pages. Upon receipt of Plaintiff's letter, the Court shall require no further correspondence or briefing to resolve the issues raised in the parties' letter exchange.

**SO ORDERED.**

5/11/2020
DATE

VICTOR MARRERO, U.S.D.J.