USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/11/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
                                                                          :
BRUCE J. REID,                                                            :          **ORDER OF REFERENCE**
                                                                          :          **TO A MAGISTRATE JUDGE**
              Plaintiff,                                                  :
                                                                          :
       - against -                                                        :          20 Civ. 1817 (VM)
                                                                          :
SACK, et al.                                                              :
                                                                          :
              Defendants.                                                 :
------------------------------------------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X__ General Pretrial (includes scheduling, discovery,        _ _ Consent under 28 U.S.C. §636(c) for all
     non-dispositive pretrial motions, and settlement)            purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*                 ___ Consent under 28 U.S.C.§636(c) for
     _____                    limited purpose (e.g., dispositive
     _____                    motion, preliminary injunction)

     If referral is for discovery disputes when the           Purpose: _____
     District Judge is unavailable, the time period of
     the referral:_____                  ___ Habeas Corpus

__ Settlement*                                                ___ Social Security

___ Inquest After Default/Damages Hearing                     ___ Dispositive Motion (i.e., motion requiring a
                                                              Report and Recommendation)

                                                              Particular Motion:_____

                                                              _____
                                                              ___ All such motions:

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:       New York, New York
             11 February 2022

                                                                          _____
                                                                          Victor Marrero
                                                                          U.S.D.J.