USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRUCE J. REID,                                  :
                                                :
                Plaintiff,      :   **ORDER**
                                                :
-v.-                                            :   20-CV-1817 (VM) (JLC)
                                                :
JONATHAN S. SACK, *et al.*,                     :
                                                :
                Defendants.     :
-----------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On October 22, 2021, Judge Marrero entered a revised case management plan, in which he set a fact discovery deadline of January 28, 2022 and an expert discovery deadline of March 18, 2022 (Dkt. No. 40). The case was referred to me for general pre-trial supervision on February 11, 2022 (Dkt. No. 41).

The parties have not contacted me with any disputes or requests for extension. Because the deadlines in the revised case management plan have passed, discovery is now deemed to be completed and is closed. Accordingly, the parties are directed to provide a status letter to Judge Marrero **by June 7, 2022** and propose how to chart the further course of this case.

      **SO ORDERED.**

Dated: May 31, 2022
       New York, New York

                                                          JAMES L. COTT
                                                          United States Magistrate Judge