UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

BRUCE J. REID,

        Plaintiff,                                      Civil Action No.: 1:20-cv-01817-VM-JLC

    -vs-

JONATHAN S. SACK, MICHAEL H. MUI, and
SACK & SACK, LLP,

        Defendants.

----------------------------------------------------------------- x

## NOTICE OF SETTLEMENT

In response to the Court's Order dated May 31, 2022 [CM/ECF Doc. 42], notice is hereby given that the parties have reached an agreement in principle to settle all claims asserted in this action and anticipate filing a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a) within 30 days.

Dated: New York, New York
        June 1, 2022

Respectfully submitted,

**McLAUGHLIN & STERN, LLP**

By:     */s/ Chester R. Ostrowski*
        Chester R. Ostrowski, Esq.

260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
Fax: (212) 446-0066
costrowski@mclaughlinstern.com

*Attorneys for Plaintiff Bruce J. Reid*

cc:    Jamie R. Wozman, Esq.
        Lewis Brisbois Bisgaard & Smith LLP
        77 Water Street, Suite 2100
        New York, New York 10005
        jamie.wozman@lewisbrisbois.com

        *Attorneys for Defendants Jonathan S. Sack,*
        *Michael H. Mui, and Sack & Sack, LLP*